| | | |
|---|---|---|
| CIARA SIMPSON, | ) | |
| Plaintiff, | ) | |
| | **)** | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 4:25-CV-167-KS |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before court on the Defendant's Consent Motion to Remand Case for further administrative proceedings [DE-31].

IT IS ORDERED, ADJUDGED AND DECREED the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer,* 509 U.S. 292 (1993); *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

This judgment filed and entered on June 2, 2026, with *electronic service* upon the following:

**Paul McChesney**
**David Goetz**
*Counsel for Plaintiff*

**Wanda Mason**
**Joanne Kernicky**
**Cathleen McNulty**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: June 2, 2026                /s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court
