UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:25-CV-00167-KS

| | |
|---|---|
| CIARA SIMPAON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK BISIGNANO | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

AND NOW, this 16th day of August 2026, upon consideration of Plaintiff's unopposed Motion for Attorney's fees under the Equal Access to Justice Act (EAJA), it is hereby ORDERED that Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

Kimberly A. Swank
United States Magistrate Judge